UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,                            Case No. 22-cv-10455
                                              Hon. Matthew F. Leitman

v.

JOHN DOE, subscriber assigned
IP Address 24.127.149.197,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff,

this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  May 19, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 19, 2022, by electronic means and/or ordinary mail.

                                  s/Holly A. Ryan
                                  Case Manager
                                  (313) 234-5126